1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| NAHID DASTAGIR, | ) | No. 2:13-cv-560 MCE KJN |
|---|---|---|
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| v. | ) | |
| Gerard Heinauer, et al. | ) | |
| Defendants. | ) | |

This is an immigrantion case in which plaintiff challenged the denial of an I-730 visa petition. United States Citizenship and Immigration Services has since reopened the matter administratively and approved the visa petition. Accordingly, the parties stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

Dated: April 17, 2013

                          BENJAMIN B. WAGNER
                          United States Attorney


                    By:   /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants


                    By:   /s/ Robert B. Jobe
                          Law Office of Robert B. Jobe
                          Attorney for the Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

IT IS SO ORDERED.

Date: April 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT