1   BENJAMIN B. WAGNER
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9   NAHID DASTAGIR,                )      No. 2:13-cv-560 MCE KJN
                                   )
10       Plaintiff,                )      STIPULATION OF DISMISSAL
                                   )
11   v.                            )
                                   )
12   Gerard Heinauer, et al.       )
                                   )
13       Defendants.               )
                                   )
14  _____)

15

16       This is an immigrantion case in which plaintiff challenged the denial of an I-730 visa petition.

17  United States Citizenship and Immigration Services has since reopened the matter

18  administratively and approved the visa petition.  Accordingly, the parties stipulate to dismissal of

19  this lawsuit, each side to bear its own costs of litigation.

    Dated: April 17, 2013
20                                       BENJAMIN B. WAGNER
                                         United States Attorney
21

22

23                           By:    /s/Audrey Hemesath
                                    Audrey B. Hemesath
24                                  Assistant U.S. Attorney
                                    Attorneys for the Defendants
25

26                           By:    /s/ Robert B. Jobe
                                    Law Office of Robert B. Jobe
27                                  Attorney for the Plaintiff

28

                                    -1-

<u>ORDER</u>

 Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

 IT IS SO ORDERED.

Date: April 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT